IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANTONIO DAVIS, ) <br> # 181878, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> OFFICER CENTAVRIAD OLDS, ) <br> *et al.*, ) <br> ) <br>     Defendants. ) | CASE NO. 2:15-CV-714-WKW <br> [WO] |

## **ORDER**

The Magistrate Judge entered a Recommendation (Doc. # 3), and Plaintiff has not filed an objection to the recommended transfer. After an independent review of the record, the court finds that the Recommendation is due to be adopted. Accordingly, it is ORDERED that the Recommendation (Doc. # 3) is ADOPTED and that Plaintiff's action is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

DONE this 21st day of October, 2015.

                                          /s/ W. Keith Watkins
                               CHIEF UNITED STATES DISTRICT JUDGE